JOHN S. LEONARDO
United States Attorney
District of Arizona
J. COLE HERNANDEZ
Assistant U.S. Attorney
Arizona State Bar No. 018802
e-mail: cole.hernandez@usdoj.gov
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Civil fax: (520) 620-7138
Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Salzwedel and Samuel Salzwedel, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>Marana Health Center, Inc., an Arizona Corporation; Carol Dehasse, M.D. and John Doe Dehasse, a married couple; Alicia Costantino, M.D. and John Doe Costantino, a married couple,<br><br>Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL**<br><br>**(Formerly Superior Court of the State of Arizona in and For the County of Pima Case No. C-20160826)** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

The United States of America, on behalf of Defendants Marana Health Center, Inc. ("Marana Health Center"), Carol Dehasse, M.D. ("Dr. Dehasse"), Alicia Costantino, M.D. ("Dr. Costantino") and Rachel Hackl, C.N.M. ("Nurse Hackl") hereby gives notice of removal of this action from the Superior Court for the State of Arizona, in the County of Pima, to the U.S. District Court for the District of Arizona. The action is removed pursuant to 42 U.S.C. § 233(c).

1. This action was filed on or about July 7, 2016, in the Superior Court for the State of Arizona, in the County of Pima. The state court case number is C-20160826.

2. The Complaint names as Defendants and/or alleges medical negligence

against Marana Health Center, Dr. Dehasse, and Dr. Costantino and Nurse Hackl, and a number of fictitiously named persons.  The Complaint alleges that the Defendants provided negligent medical care to Plaintiff Marisol Salzwedel.  Trial has not yet been had in the matter.  Copies of all process and pleadings obtained from the state court are attached hereto as Exhibit A.

3. At all times alleged in the Complaint, Dr. Dehasse and Dr. Costantino were employees of Marana Health Center, an entity receiving federal grant money from the United States Public Health Service.  Pursuant to 42 U.S.C. §233(g), as amended by the Federally Supported Health Care Centers Assistance Act of 1995 (Public Law 104-73), the United States Department of Health and Human Services has deemed Marana Health Center and these three employees who are physicians or other licensed or certified health care practitioners to be employees of the Public Health Service for purposes of coverage under Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.,* at all times described in the Complaint.

4. The Attorney General of the United States, by the United States Attorney for the District of Arizona, has certified that Marana Health Center, Dr. Dehasse, Dr. Costantino and Nurse Hackl were acting within the scope of employment as deemed employees of the Public Health Service at the time of the acts or omissions alleged in the Complaint.  *See* Exhibit B hereto.

5. Pursuant to 42 U.S.C. § 233(c), upon certification by the Attorney General that a defendant was acting within the scope of deemed federal employment at the time of the incident out of which the claim arose, any civil action commenced upon a claim for damages for personal injury or death resulting from medical or related functions in a state court shall be removed without bond at any time before trial to the district court of the United States for the district and division where the action is pending and shall be deemed a tort action against the United States under 28 U.S.C. § 2679(d).

6. The agreement of all defendants is not necessary for removal by a federal defendant.  *See Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co.,* 644 F.2d 1310,

1315 (9th Cir. 1981).  Upon filing of such a notice of removal, the entire case is removed even if the removing defendant is the only federal party. *Id.*

      7.     Pursuant to Local R. Civ. P. 3.6(a), a notice of this filing, along with a copy of this Notice of Removal, upon issuance of a district court docket number, will be filed with the clerk of the Superior Court for the State of Arizona, in the County of Pima.

      8.     Pursuant to Local R. Civ. P. 3.6(b), a true and complete copy of the state court record and accompanying verification is attached hereto as Exhibit A.

Respectfully submitted this 29th day of July, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/J. Cole Hernandez*
J. COLE HERNANDEZ
Assistant U.S. Attorneys

Copy of the foregoing has been served
electronically or by other means
this 29th day of July, 2016, to:

Jeffrey A. Imig
Haralson Miller Pitt Feldman & McAnally, PLC
1 S. Church Ave., Suite 900
Tucson, AZ  85701
Attorney for Plaintiffs

*s/Lisa Startup*