# EXHIBIT A

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   J. COLE HERNANDEZ
3  Assistant U.S. Attorney
   Arizona State Bar No. 018802
4  e-mail: cole.hernandez@usdoj.gov
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
6  Civil fax: (520) 620-7138
   Attorneys for United States of America
7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10                **FOR THE DISTRICT OF ARIZONA**

11  Marisol Salzwedel and Samuel Salzwedel,      **Case No. _____**
    a married couple,
12                                                  **VERIFICATION OF**
                  Plaintiffs,                     **STATE COURT RECORD**
13
                  vs.                             **(Formerly Superior Court for the State of**
14                                                **Arizona, County of Pima**
    Marana Health Center, Inc., an Arizona       **Case No. C-20160826)**
15  Corporation; Carol Dehasse, M.D. and
    John Doe Dehasse, a married couple;
16  Alicia Costantino, M.D. and John Doe
    Costantino, a married couple,
17
                  Defendants.
18

19        Pursuant to L. R. Civ. P. 3.6(b), the attached Exhibit A is a true and complete copy

20  of all pleadings and other documents obtained from the Superior Court for the State of

21  Arizona, County of Pima, in the matter of *Marisol Salzwedel, et al. v. Marana Health*

22  *Center, Inc., et al.*, Case No. C-20160826.

23  / / /

24  / / /

25  / / /

26

27

28

1      Respectfully submitted this 29th day of July, 2016.

2                                                     JOHN S. LEONARDO
                                                     United States Attorney
3                                                     District of Arizona

4                                                     s/J. Cole Hernandez
                                                     J. COLE HERNANDEZ
5                                                     Assistant U.S. Attorneys

6

7      Copy of the foregoing has been served
       electronically or by other means
8      this 29th day of July, 2016, to:

9      Jeffrey A. Imig
       Haralson Miller Pitt Feldman & McAnally, PLC
10     1 S. Church Ave., Suite 900
       Tucson, AZ  85701
11     Attorney for Plaintiffs

12     *s/Lisa Startup*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pima County Superior Court - Case Information

📁  **Case Information**

| | |
|---|---|
| Case Number: | C20160826 |
| File Date: | 2/19/2016 |
| Caption: | MARISOL SALZWEDEL ET AL. VS. MARANA |
| Judge: | SARAH R SIMMONS |

👥  **Party Listing**

| Party Full Name | Party Role | Name Type |
|---|---|---|
| MARISOL SALZWEDEL | Plaintiff | True |
| SAMUEL SALZWEDEL | Plaintiff | True |
| MARANA HEALTH CENTER, INC | Defendant | True |
| CAROL DEHASSE | Defendant | True |
| ALICIA COSTANTINO | Defendant | True |

🖨  **Document Index Listing**

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| ME | Status Conference | COMPREHENSIVE PRETRIAL CONFERENCE | 6/29/2016 | Available |
| Memorandum | Memorandum | Joint Comprehensive Pretrial Conference Memorandum | 6/23/2016 | Available |
| Order | Order | ORDER | 6/7/2016 | Available |
| Motion | Motion | DEFENDANTSâ?? MOTION TO ALLOW COUNSEL TO APPEAR VIA PHONE FOR COMPREHENSIVE PRETRIAL CONFERENCE | 6/7/2016 | Available |
| CourtNotice | In Chambers | CIVIL NOTICE | 6/2/2016 | Available |
| Misc | Request | Request for Comprehensive Pretrial Conference | 6/2/2016 | Available |
| Notice | Notice | Notice of Compliance | 5/26/2016 | Available |
| Notice | Notice | Notice of Firm Name Change | 5/26/2016 | Available |
| Arbitration | Certificate Of Agreement | Certificate of Agreement Regarding Compulsory Arbitration | 5/17/2016 | Available |

Pima County Superior Court - Case Information

| Answer | Answer/Response | DEFENDANTS' ANSWER | 5/17/2016 | Available |
|---|---|---|---|---|
| Misc | Demand For Jury Trial | DEFENDANTS' DEMAND FOR JURY TRIAL | 5/17/2016 | Available |
| Receipt | All Money Receipts | All Money Receipts 2666159 | 5/17/2016 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 4/26/2016 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 4/26/2016 | Available |
| Affidavit | Certificate Of Service | CERTIFICATE OF SERVICE | 4/6/2016 | Available |
| Arbitration | Certificate Of Compulsory Arbitration | Certificate Of Compulsory Arbitration | 2/19/2016 | Available |
| Summons | Summons/Subpoena | Summons/Subpoena | 2/19/2016 | Available |
| Summons | Summons/Subpoena | Summons/Subpoena | 2/19/2016 | Available |
| Summons | Summons/Subpoena | Summons/Subpoena | 2/19/2016 | Available |
| Summons | Summons/Subpoena | Summons/Subpoena | 2/19/2016 | Available |
| Summons | Summons/Subpoena | Summons/Subpoena | 2/19/2016 | Available |
| Open | Petition & Complaint | Petition & Complaint | 2/19/2016 | Available |
| Receipt | All Money Receipts | All Money Receipts 2622176 | 2/19/2016 | Available |




### Pima County Clerk of Superior Court
### Tucson, Arizona

| | |
|---|---|
| | Receipt Number: 2622176 |

| | | | |
|---|---|---|---|
| Received for: | Jeffrey Imig | Date: | 2/19/2016 |
| Received from: | Jeffrey Imig | Case Number: | C20160826 |
| Amount Received: | $244.00 | Clerk Number: | 1.738 |

Caption:  MARISOL SALZWEDEL ET AL. VS. MARANA HEALTH CENTER, INC ET AL.

Cash: $0.00          Check: $0.00          Charge: $0.00          ACH: $244.00

*Begin Financial Docket*

 Civil Complaint                                    $244.00     PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
2/19/2016 2:11:01 PM
BY: JAMIE WILLHITE
DEPUTY
Case No. C20160826
HON. SARAH R SIMMONS

1
2
3
4
5
6

HARALSON, MILLER, PITT, FELDMAN & MCANALLY, P.L.C.
One South Church Avenue, Suite 900
Tucson, Arizona 85701
(520) 792-3836
Jeffrey A. Imig, SBN 025552
jimig@hmpmlaw.com
Timothy P. Stackhouse, SBN 030609
tstackhouse@hmpmlaw.com
Attorneys for Plaintiffs

7
8
9

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

10
11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| MARISOL SALZWEDEL and SAMUEL SALZWEDEL, a married couple, | Case No.: |
| Plaintiffs, | **COMPLAINT** |
| - vs - | (Assigned to the Hon._____) |
| MARANA HEALTH CENTER, INC., an Arizona corporation; CAROL DEHASSE, M.D. and JOHN DOE DEHASSE, a married couple; ALICIA COSTANTINO, M.D. and JOHN DOE COSTANTINO, a married couple, | |
| Defendants. | |

21
22
23
24
25
26

Plaintiffs allege:

1.      Defendant Marana Health Center, Inc. (MHC) is an Arizona corporation licensed to and doing business in Pima County.

2.      Defendants Carol Dehasse, M.D. (Dr. Dehasse) and John Doe Dehasse reside in Pima County.

1

3.    Defendants Alicia Costantino, M.D. (Dr. Costantino) and John Doe Costantino reside in Pima County.

4.    Plaintiffs Marisol Salzwedel (fka Marisol Texas) and Samuel Salzwedel reside in Pima County.

5.    All events alleged occurred in Pima County.

6.    This Court has jurisdiction over this matter.

7.    Venue is proper in Pima County.

8.    Defendants MHC, Dr. Dehasse, and Dr. Costantino, individually or acting through employees in the course and scope of their employment, at all relevant times were healthcare providers as that term is used in the Arizona Medical Malpractice Act, A.R.S. §12-561, *et seq.*

9.    Defendant John Doe Dehasse is named solely to join the marital community of Defendant Dr. Dehasse.  Defendant Dr. Dehasse was acting on behalf of and for the benefit of the marital community.

10.    Defendant John Doe Costantino is named solely to join the marital community of Defendant Dr. Costantino.  Defendant Dr. Costantino was acting on behalf of and for the benefit of the marital community.

11.    Midwife Rachel Hackl was, at all times she provided care to Plaintiff Marisol Salzwedel, an employee of MHC and was acting within the course and scope of that employment.

12.    Defendant MHC is vicariously liable for Defendant Rachel Hackl's acts and omissions in caring for Plaintiff Marisol Salzwedel.

13.    In April 2010, Marisol was pregnant with her and Samuel's first child and started receiving care at MHC.

14.    She was seen multiple times at MHC during 2010 by midwife Rachel Hackl and obstetrician Dr. Costantino.

2

15.     On September 16, 2010, Marisol's baby was delivered prematurely by cesarean section by Dr. Dehasse.

16.     During her subsequent hospital stay, Marisol was discovered to have lipemia.

17.     Dr. Dehasse was aware of the finding of lipemia.

18.     Defendants did not convey the finding of lipemia and its significance to Plaintiffs.

19.     In 2013, Marisol became pregnant and was again treated by Defendants.

20.     During the second pregnancy, Defendants records indicate they were aware of a problem related to hyperlipidemia and a family history of the same.

21.     During the second pregnancy, Marisol reported nausea, abdominal pain and tachycardia.

22.     She told Defendants the symptoms seemed to be connected to eating.

23.     On February 21, 2014, Marisol went to Northwest Medical Center with severe abdominal pain. Narcotics did not relieve the pain.

24.     Marisol was taken to an operating room for a cesarean section.

25.     Spinal anesthesia was ineffective so her doctors administered general anesthesia.

26.     The general anesthesia was only partially effective. Marisol felt the beginning of the cesarean section operation but sensed she was unable to move.

27.     During the operation, Dr. Dehasse discovered finding "very pink, creamy blood."

28.     Marisol continued to experience severe pain after the operation, despite pain control attempts.

29.     Tests showed Marisol was suffering from hypertriglyceridemia. Marisol was admitted to the ICU.

3

30.     The hypertriglyceridemia caused severe pancreatitis.

31.     Marisol's pulmonary condition worsened and by February 24 she needed to be intubated. She suffered renal failure and had to undergo plasmapheresis to address the hypertriglyceridemia. She was finally discharged March 14, 2014.

32.     By March 25, however, she was admitted to the hospital again with an infected pancreatic pseudocyst.

33.     Currently, Marisol suffers physical pain and weakness as a result of her long illness. She has nerve damage and post-traumatic stress disorder. She is unable to work.

34.     Defendants owed a duty to Marisol to exercise that degree of care, skill and learning expected of reasonable, prudent health-care providers acting within the same state in the same profession or class to which they belonged and under similar circumstances.

35.     Defendants failed to exercise that degree of care, skill and learning expected of reasonable, prudent health-care providers acting within the same profession or class to which they belonged under similar circumstances.

36.     Defendants breached the standard of care when they failed to monitor Marisol's lipids during her second pregnancy and quickly treat any dyslipidemia.

37.     Defendants breached the standard of care when they failed to provide Marisol with appropriate information about how to reduce the risk of dyslipidemia and pancreatitis in her second pregnancy.

38.     Defendants' substandard care was a direct and proximate cause of Plaintiffs' injuries.

39.     As a result of Defendants' negligence, as described above, Marisol suffered and will continue to suffer physical, emotional, and economic injury; including permanent disability, loss of love and affection, depression, anxiety, shock, lost wages, lost earning capacity, past and future medical care and expenses.

40.    As a result of Defendants' negligence, as described above, Samuel Salzwedel suffered loss of consortium, companionship, society, services, and support of his wife, Marisol Salzwedel.

WHEREFORE, Plaintiffs request judgment against Defendants in an amount that will reasonably compensate Plaintiffs, plus costs incurred in this action, and for such further relief as the Court deems proper.

The undersigned certifies that this is a claim against licensed professionals and expert opinion testimony is necessary to prove the licensed professionals' standard of care or liability for the claim.

Dated this 19th day of February 2016.


HARALSON, MILLER, PITT,
FELDMAN & McANALLY, PLC



By:    /s/ Jeffrey A. Imig
          Jeffrey A. Imig
          Timothy P. Stackhouse
          Attorneys for Plaintiffs

5

Person/Attorney Filing: Jeffrey A Imig
Mailing Address: One South Chruch Avenue Suite 900
City, State, Zip Code: Tucson, AZ 85747
Phone Number: (520) 792-3836
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025552, Issuing State: AZ
Attorney E-Mail Address: jimig@hmpmlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Marisol Salzwedel, et al.<br>Plaintiff(s), | Case No. C20160826 |
| V. | **SUMMONS** |
| Marana Health Center, Inc, et al.<br>Defendant(s). | HON. SARAH R SIMMONS |

To: John Doe Costantino

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR
LEGAL ADVICE.

1.      A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been
served on you with this Summons.

2.      If you do not want a judgment taken against you without your input, you must file an Answer in writing
with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office
of the Clerk of the Superior Court, 110 West Congress Street, Tucson,
 Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.      If this Summons and the other court papers were served on you within the State of Arizona, your
Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of
service. If the papers were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at
least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of
 Pima                                    *February 19, 2016*                .

*Toni L. Hellon*
Clerk of the Superior Court
By: *Jamie Willhite*
         Deputy Clerk

1

02/18/2010 CAC

Person/Attorney Filing: Jeffrey A Imig
Mailing Address: One South Chruch Avenue Suite 900
City, State, Zip Code: Tucson, AZ 85747
Phone Number: (520) 792-3836
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025552, Issuing State: AZ
Attorney E-Mail Address: jimig@hmpmlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Marisol Salzwedel, et al.
Plaintiff(s),

Case No. C20160826

V.

**SUMMONS**

Marana Health Center, Inc, et al.
Defendant(s).

HON. SARAH R SIMMONS

To: Alicia Costantino

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR
LEGAL ADVICE.

1.      A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been
served on you with this Summons.

2.      If you do not want a judgment taken against you without your input, you must file an Answer in writing
with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office
of the Clerk of the Superior Court, 110 West Congress Street, Tucson,
Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.      If this Summons and the other court papers were served on you within the State of Arizona, your
Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of
service. If the papers were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at
least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of
Pima                                                    *February 19, 2016* .

*Toni L. Hellon*
Clerk of the Superior Court
By: *Jamie Willhite*
          Deputy Clerk



AZturboCourt.gov Form Set #1710899

02/18/2010 CAC

Person/Attorney Filing: Jeffrey A Imig
Mailing Address: One South Chruch Avenue Suite 900
City, State, Zip Code: Tucson, AZ 85747
Phone Number: (520) 792-3836
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025552, Issuing State: AZ
Attorney E-Mail Address: jimig@hmpmlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Marisol Salzwedel, et al.
Plaintiff(s),

V.

Marana Health Center, Inc, et al.
Defendant(s).

Case No. C20160826

**SUMMONS**

HON. SARAH R SIMMONS

To: John Doe Dehasse

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR
LEGAL ADVICE.

1.      A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been
served on you with this Summons.

2.      If you do not want a judgment taken against you without your input, you must file an Answer in writing
with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office
of the Clerk of the Superior Court, 110 West Congress Street, Tucson,
 Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.      If this Summons and the other court papers were served on you within the State of Arizona, your
Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of
service. If the papers were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at
least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of
 Pima                                              *February 19, 2016* .

*Toni L. Hellon*
Clerk of the Superior Court
By:    *Jamie Willhite*
         Deputy Clerk

Person/Attorney Filing: Jeffrey A Imig
Mailing Address: One South Chruch Avenue Suite 900
City, State, Zip Code: Tucson, AZ 85747
Phone Number: (520) 792-3836
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025552, Issuing State: AZ
Attorney E-Mail Address: jimig@hmpmlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Marisol Salzwedel, et al.
Plaintiff(s),

Case No. C20160826

V.

**SUMMONS**

Marana Health Center, Inc, et al.
Defendant(s).

HON. SARAH R SIMMONS

To: Carol Dehasse

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR
LEGAL ADVICE.

1.      A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been
served on you with this Summons.

2.      If you do not want a judgment taken against you without your input, you must file an Answer in writing
with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office
of the Clerk of the Superior Court, 110 West Congress Street, Tucson,
 Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.      If this Summons and the other court papers were served on you within the State of Arizona, your
Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of
service. If the papers were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at
least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of
 Pima _____ *February 19, 2016* _____ .

*Toni L. Hellon*
Clerk of the Superior Court
By: *Jamie Willhite*
_____
        Deputy Clerk



AZturboCourt.gov Form Set #1710899

1

02/18/2010 CAC

Person/Attorney Filing: Jeffrey A Imig
Mailing Address: One South Chruch Avenue Suite 900
City, State, Zip Code: Tucson, AZ 85747
Phone Number: (520) 792-3836
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025552, Issuing State: AZ
Attorney E-Mail Address: jimig@hmpmlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Marisol Salzwedel, et al.
Plaintiff(s),

V.

Marana Health Center, Inc, et al.
Defendant(s).

Case No. C20160826

**SUMMONS**

HON. SARAH R SIMMONS

To: Marana Health Center, Inc

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR
LEGAL ADVICE.

1.      A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been
served on you with this Summons.

2.      If you do not want a judgment taken against you without your input, you must file an Answer in writing
with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office
of the Clerk of the Superior Court, 110 West Congress Street, Tucson,
Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.      If this Summons and the other court papers were served on you within the State of Arizona, your
Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of
service. If the papers were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at
least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of
Pima                                                   *February 19, 2016*                                    .

*Toni L. Hellon*
Clerk of the Superior Court
By: *Jamie Willhite*
       Deputy Clerk



1

02/18/2010 CAC

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
2/19/2016 2:11:01 PM
BY: JAMIE WILLHITE
DEPUTY

Person/Attorney Filing: Jeffrey A Imig
Mailing Address: One South Chruch Avenue Suite 900
City, State, Zip Code: Tucson, AZ 85747
Phone Number: (520) 792-3836
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025552, Issuing State: AZ
Attorney E-Mail Address: jimig@hmpmlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Case No. C20160826

Marisol Salzwedel, et al.
Plaintiff(s),

V.

Marana Health Center, Inc, et al.
Defendant(s).

CERTIFICATE
COMPULSORY ARBITRATION

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Pima County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this *February 19, 2016*

BY: *Jeffrey A Imig /s/*

Plaintiff/Attorney for Plaintiff



## Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 83241.001
Account    # 0521
Invoice     # 257687
Liddy       # 190493-3

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

'2016 APR -6   PM 4: 20

K. YLVISAKER, DEPUTY

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

MARISOL SALZWEDEL, et al.,

                                          Plaintiff(s),

vs

MARANA HEALTH CENTER, INC., et al.,

                                          Defendant(s).

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
Case No. C20160826

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** Marana Health Center c/o Michael Urman, Statutory Agent

**PLACE OF SERVICE:**       2525 E. Broadway Blvd., Ste. 200, Tucson, AZ 85716

**DATE OF SERVICE:** On the  31st  day of  March  , 2016  at  1:16  PM      County  Pima

| ☐ PERSONAL SERVICE | ☒ | Left a copy with a person authorized to accept service. | ☐ | At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |

**Name of Person Served and Relationship/Title**      Michael Urman, Statutory Agent

on      3/30/2016      we received the following documents for service:
Summons, Complaint and Certificate of Compulsory Arbitration

## CIVIL

Received from HARALSON MILLER PITT FELDMAN & MCANALLY, P.L.C., ( JEFFREY A. IMIG #025552 )

PROCESS SERVER:    Carter Kyle #286

**The undersigned states: That I am a certified private process server in the county of Pima and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER:                                        Date: 3/31/2016

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Minimum Mileage | $16.00 |
| Doc Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true
and correct and was executed on this date.

CIVIL

Total      $42.00

Person/Attorney Filing: Jeffrey A Imig
Mailing Address: One South Chruch Avenue Suite 900
City, State, Zip Code: Tucson, AZ 85747
Phone Number: (520) 792-3836
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 025552, Issuing State: AZ
Attorney E-Mail Address: jimig@hmpmlaw.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Marisol Salzwedel, et al.
Plaintiff(s),

Case No. C20160826

V.

**SUMMONS**

Marana Health Center, Inc, et al.
Defendant(s).

HON. SARAH R SIMMONS

To: Marana Health Center, Inc

WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.
READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR
LEGAL ADVICE.

1.      A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork has been
served on you with this Summons.

2.      If you do not want a judgment taken against you without your input, you must file an Answer in writing
with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Office
of the Clerk of the Superior Court, 110 West Congress Street, Tucson,
Arizona 85701 or electronically file your Answer through AZTurboCourt at www.azturbocourt.gov.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.      If this Summons and the other court papers were served on you within the State of Arizona, your
Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of
service. If the papers were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS, not counting the day of service.

Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at
least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of
Pima                                    *February 19, 2016*

*Toni L. Hellon*
Clerk of the Superior Court
By: *Jamie Willhite*
        Deputy Clerk



AZturboCourt.gov Form Set #1710889

02/18/2010 CAC                                                    1

## Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 83241.001
Account     # 0521
Invoice     # 259112
Liddy       # 192273-1

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

**2016 APR 26   PM 4: 03**

K. YLVISAKER, DEPUTY

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF PIMA

MARISOL SALZWEDEL, et al.,

|                                    Plaintiff(s),

vs

MARANA HEALTH CENTER, INC., et al.,

|                                    Defendant(s).

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. C20160826**

**ENTITY/PERSON TO BE SERVED:** Alicia Constantino, MD

**PLACE OF SERVICE:**          2055 W. Hospital Dr. #115, Tucson, AZ 85704

**DATE OF SERVICE:** On the ___20___ day of ___April___, _2016_ at _10:33_ AM    County _Pima_____

| [X]  PERSONAL SERVICE | [ ]  Left a copy with a person authorized to accept service. | [ ]  At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein. |

**Name of Person Served and Relationship/Title**    Personally Served Alicia Constantino, MD

on ____4/19/2016_____we received the following documents for service:
Summons, Complaint and Certificate of Compulsory Arbitration

**CIVIL**

Received from HARALSON MILLER PITT FELDMAN & MCANALLY, P.L.C., ( JEFFREY A. IMIG #025552 )

PROCESS SERVER:  __T. Chicago #589__

The undersigned states: That I am a certified private process server in the county of Pima and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER:                                           Date: 4/25/2016

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Mileage | $24.00 |
| Doc Prep Fee | $10.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true
and correct and was executed on this date.

| Total | $50.00 |

# ORIGINAL
## CIVIL

## Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 83241.001
Account    # 0521
Invoice    # 259116
Liddy      # 192277-1

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT

2016 APR 26  PM 4: 03

K. YLVISAKER, DEPUTY

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF PIMA

MARISOL SALZWEDEL, et al.,

                                        Plaintiff(s),

vs

MARANA HEALTH CENTER, INC., et al.,

                                        Defendant(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. C20160826

**ENTITY/PERSON TO BE SERVED:** Carol Dehasse, MD

**PLACE OF SERVICE:**          7440 N.. La Cholla, Tucson, AZ 85741

**DATE OF SERVICE:** On the __19th__ day of __April__ , __2016__ at __1:43__ PM     County __Pima__

[X] PERSONAL SERVICE     [ ] Left a copy with a person authorized to accept service.     [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**     Personally Served Carol Dehasse, MD

on __4/19/2016__ we received the following documents for service:

**CIVIL** Summons, Complaint and Certificate of Compulsory Arbitration

Received from HARALSON MILLER PITT FELDMAN & MCANALLY, P.L.C., ( JEFFREY A. IMIG #025552 )

PROCESS SERVER:   T. Chicago #589

The undersigned states: That I am a certified private process server in the county of Pima and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER:                                           Date: 4/25/2016

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Mileage | $28.80 |
| Doc Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

ORIGINAL
CIVIL

Total    $54.80




### *Pima County Clerk of Superior Court*
### *Tucson, Arizona*

| | |
|---|---|
| | Receipt Number:   2666159 |

| | | | |
|---|---|---|---|
| Received for: | Bonnie Duda | Date: | 5/17/2016 |
| Received from: | Bonnie Duda | Case Number: | C20160826 |
| Amount Received: | $162.00 | Clerk Number: | 1.738 |

Caption:        MARISOL SALZWEDEL ET AL. VS. MARANA HEALTH CENTER, INC ET AL.

Cash: $0.00           Check:  $0.00              Charge: $0.00                    ACH: $162.00

*Begin Financial Docket*
_____

Appearance Fee $162.00                                          $162.00      PAID

*End Financial Docket*
_____

Change Returned:   $0.00

Amount Refunded:  $0.00

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
5/17/2016 1:37:29 PM
BY: ALAN WALKER
DEPUTY

1   Cody M. Hall - 013245
    **SCHNEIDER & ONOFRY, P.C.**
2   3101 North Central Avenue, Suite 600
    Phoenix, Arizona 85012-2658
3   Telephone: (602) 200-1289
    Fax: (602) 230-8985
4   E-mail: minute-entries@soarizonalaw.com
    chall@soarizonalaw.com
5

6   Attorneys for Defendant Marana Health Center,
    Inc., Carol Dehasse, M.D. and Alicia Costantino,
7   M.D.

8

9        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10            **IN AND FOR THE COUNTY OF PIMA**

11   MARISOL SALZWEDEL and SAMUEL          No. C20160826
     SALZWEDEL, a married couple,
12                                         **DEFENDANTS' DEMAND FOR JURY**
                       Plaintiffs,         **TRIAL**
13
     vs.
14                                         [Assigned to the Honorable Sarah R.
     MARANA HEALTH CENTER, INC., an        Simmons]
15   Arizona corporation; CAROL DEHASSE,
     M.D. and JOHN DOE DEHASSE, a
16   married couple; ALICIA COSTANTINO,
     M.D. and JOHN DOE COSTANTINO, a
17   married couple,

18                     Defendants.

19

20        Defendants Marana Health Center, Inc., Carol Dehasse, M.D. and Alicia Costantino,

21   M.D., through their counsel, submit their demand for a trial by jury if the court determines

22   that the Federal Tort Claims Act is not applicable to the plaintiffs' claim.  If the court

23   determines that the FTCA is applicable, this case will be transferred to federal court for a

24   trial to the court.   If the case is not transferred, the defendants request a trial by jury

25   pursuant to Rule 38 of the Arizona Rules of Civil Procedure.

26

1    RESPECTFULY SUBMITTED this _17th_ day of May, 2016.

2                                    SCHNEIDER & ONOFRY, P.C.

3

4                            By _____

5                                    Cody M. Hall
                                     3101 North Central Avenue, Suite 600
6                                    Phoenix, Arizona  85012-2658
                                     Attorneys for Defendants Marana Health
7                                    Center, Inc.; Carol Dehasse, M.D.; and Alicia
                                     Costantino, M.D.

8    EFiled via TurboCourt and COPY mailed
     this __17__ day of May, 2016, to:
9
     Jeffrey Imig, Esq.
10   Haralson, Miller, Pitt, Feldman & McAnally, P.L.C.
     One S. Church Ave., Suite 900
11   Tucson, AZ  85701-1620
     Attorneys for Plaintiffs Marisol Salzwedel; Samuel Salzwedel
12

13   By _____

14

15

16

17

18

19

20

21

22

23

24

25

26

- 2 -

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
5/17/2016 1:37:29 PM
BY: ALAN WALKER
DEPUTY

Cody M. Hall - 013245
**SCHNEIDER & ONOFRY, P.C.**
3101 North Central Avenue, Suite 600
Phoenix, Arizona 85012-2658
Telephone: (602) 200-1289
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
chall@soarizonalaw.com

Attorneys for Defendant Marana Health Center,
Inc., Carol Dehasse, M.D. and Alicia Costantino,
M.D.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MARISOL SALZWEDEL and SAMUEL SALZWEDEL, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> MARANA HEALTH CENTER, INC., an Arizona corporation; CAROL DEHASSE, M.D. and JOHN DOE DEHASSE, a married couple; ALICIA COSTANTINO, M.D. and JOHN DOE COSTANTINO, a married couple, <br><br> Defendants. | No. C20160826 <br><br> **DEFENDANTS' ANSWER** <br><br> [Assigned to the Honorable Sarah R. Simmons] |

Defendants Marana Health Center, Inc., Carol Dehasse, M.D. and Alicia Costantino, M.D., through their counsel, submit their Answer to the plaintiffs' Complaint and admit, deny, and allege as follows:

1.     In response to the allegations of fact and conclusions of law in ¶1 of the Complaint, Marana Health Center admits that it is an Arizona corporation that conducts business in Pima County.  Marana Health Center further alleges that it is a non-profit corporation.

2.      In response to the allegations of fact and conclusions of law in ¶2 of the Complaint, answering defendants admit that Carol Dehasse, M.D. is a resident of Pima County.

3.      In response to the allegations of fact and conclusions of law in ¶3 of the Complaint, answering defendants admit that Alicia Costantino, M.D. is a resident of Pima County.

4.      In response to the allegations of fact and conclusions of law in ¶4 of the Complaint, answering defendants have no personal knowledge regarding the current residence of plaintiff, but answering defendants admit these jurisdictional allegations upon information and belief.

5.      In response to the allegations of fact and conclusions of law in ¶5 of the Complaint, answering defendants admit that the events upon which the plaintiffs base their Complaint occurred in Pima County, Arizona.  Answering defendants deny that any of them caused any event to occur that would support a cause of action against them.

6.      In response to the allegations of fact and conclusions of law in ¶6 of the Complaint, answering defendants deny that this court has jurisdiction over this matter. Answering defendants allege that the federal district court for the District of Arizona has exclusive jurisdiction over the plaintiffs' Complaint pursuant to the Federal Tort Claims Act.

7.      In response to the allegations of fact and conclusions of law in ¶7 of the Complaint, answering defendants deny the Pima County Superior Court is the proper venue for this matter.

8.      In response to the allegations of fact and conclusions of law in ¶8 of the Complaint, answering defendants admit that Marana Health Center is licensed by the State of Arizona Department of Health Services as a medical facility and that Drs. Dehasse and Costantino are licensed by the Arizona Medical Board as medical doctors.

9.      In response to the allegations of fact and conclusions of law in ¶9 of the Complaint, answering defendants admit that Dr. Dehasse was acting on behalf of her marital community at all times relevant to the plaintiffs' Complaint.

10.     In response to the allegations of fact and conclusions of law in ¶10 of the Complaint, answering defendants admit that Dr. Costantino was acting on behalf of her marital community at all times relevant to the plaintiffs' Complaint.

11.     In response to the allegations of fact and conclusions of law in ¶11 of the Complaint, Marana Health Center admits that midwife Rachel Hackl was an employee of Marana Health Center as alleged.

12.     In response to the allegations of fact and conclusions of law in ¶12 of the Complaint, Marana Health Center admits that an employer is generally vicariously responsible for the acts and omissions of its employees, but Marana Health Center denies that Ms. Hackl fell below the standard of care.

13.     In response to the allegations of fact and conclusions of law in ¶13 of the Complaint, answering defendants admit that plaintiff Marisol Salzwedel received medical care at Marana Health Center for a pregnancy in or around April of 2010.

14.     In response to the allegations of fact and conclusions of law in ¶14 of the Complaint, answering defendants admit that plaintiff continued to see healthcare providers at Marana Health Center during 2010 for medical care related to plaintiff's pregnancy.

15.     In response to the allegations of fact and conclusions of law in ¶15 of the Complaint, answering defendants admit that plaintiff gave birth to a baby on or about the date alleged.

16.     In response to the allegations of fact and conclusions of law in ¶16 of the Complaint, answering defendants have no recollection of what information is recorded in the plaintiff's medical records or what diagnoses, if any, were made during the post-2010 pregnancy and thus deny these allegations at this time.

- 3 -

17.     In response to the allegations of fact and conclusions of law in ¶17 of the Complaint, Dr. Dehasse has no recollection of whether plaintiff was diagnosed with lipemia after the birth of plaintiff's first baby in 2010 an thus denies this allegation at this time.

18.     In response to the allegations of fact and conclusions of law in ¶18 of the Complaint, answering defendants have no recollection of what information is recorded in the plaintiff's medical records from 2010 or what information was provided to plaintiff at this time and thus deny these allegations.

19.     In response to the allegations of fact and conclusions of law in ¶19 of the Complaint, answering defendants admit that the plaintiff received treatment for her second pregnancy from one or more of the defendants in 2013.

20.     In response to the allegations of fact and conclusions of law in ¶20 of the Complaint, answering defendants admit that the plaintiff's medical records with Marana Health Center reflect a family history of hyperlipidemia.

21.     In response to the allegations of fact and conclusions of law in ¶21 of the Complaint, answering defendants admit that the plaintiff's medical records with Marana Health Center for the plaintiff's second pregnancy include complaints from the plaintiff of nausea and vomiting on August 27, 2013 and of tachycardia on December 27, 2013.

22.     In response to the allegations of fact and conclusions of law in ¶22 of the Complaint, answering defendants have no recollection of the plaintiff reporting that her symptoms appeared to be related to eating and thus deny these allegations of fact.

23.     In response to the allegations of fact and conclusions of law in ¶23 of the Complaint, answering defendants admit that plaintiff received medical treatment at Northwest Medical Center on the date alleged and that the medical care included multiple doses of narcotic medication.

24.     In response to the allegations of fact and conclusions of law in ¶24 of the Complaint, answering defendants admit that the plaintiff underwent a cesarean section on the date alleged at Northwest Medical Center.

25.     In response to the allegations of fact and conclusions of law in ¶25 of the Complaint, answering defendants admit that the plaintiff was placed under general anesthesia after a spinal anesthetic did not provide an adequate level of anesthesia.

26.     In response to the allegations of fact and conclusions of law in ¶26 of the Complaint, answering defendants have no personal knowledge regarding what the plaintiff felt or sensed at the beginning of the cesarean section and thus deny the allegations of fact.

27.     In response to the allegations of fact and conclusions of law in ¶27 of the Complaint, answering defendants admit that Dr. Dehasse noted in the "Discharge Summary" that she observed "very pink, creamy blood" during the cesarean section.

28.     In response to the allegations of fact and conclusions of law in ¶28 of the Complaint, answering defendants admit that the plaintiff was admitted to Northwest Medical Center for continued complaints of pain after the cesarean section on February 21, 2014.

29.     In response to the allegations of fact and conclusions of law in ¶29 of the Complaint, answering defendants admit that the plaintiff was diagnosed with hypertriglyceridemia after the cesarean section and that the plaintiff was transferred to the intensive care unit during the hospitalization.

30.     In response to the allegations of fact and conclusions of law in ¶30 of the Complaint, answering defendants admit that one or more of the physicians at Northwest Medical Center noted that the plaintiff had acute pancreatitis secondary to hypertriglyceridemia.

31.     In response to the allegations of fact and conclusions of law in ¶31 of the Complaint, answering defendants admit that the plaintiff was placed on a ventilator during

- 5 -

her hospitalization at Northwest Medical Center after the cesarean section; that she was diagnosed with acute renal failure; and that she received plasmapheresis to treat her hypertriglyceridemia.  Answering defendants have no personal knowledge of the date on which the plaintiff was discharged and thus deny this allegation of fact.

32.    In response to the allegations of fact and conclusions of law in ¶32 of the Complaint, answering defendants have no personal knowledge regarding the medical care provided to plaintiff at Northwest Medical Center on the date alleged and thus deny the allegations of fact.

33.    In response to the allegations of fact and conclusions of law in ¶33 of the Complaint, answering defendants have no personal knowledge regarding any of the plaintiff's current complaints, alleged injuries, or damages and thus deny the allegations of fact.

34.    In response to the allegations of fact and conclusions of law in ¶34 of the Complaint, answering defendants admit that Arizona law provides that healthcare providers in Arizona owe a duty to patients to exercise that degree of care, skill and learning expected of a reasonable, prudent health care provider in the profession or class to which she belongs within the state acting in the same or similar circumstances.

35.    In response to the allegations of fact and conclusions of law in ¶35 of the Complaint, answering defendants deny that they fell below the standard of care.

36.    In response to the allegations of fact and conclusions of law in ¶36 of the Complaint, answering defendants deny that any act or omission by the defendants fell below the standard care and further deny that any act or omission on the part of the defendants caused the plaintiffs any injury or damage.

37.    In response to the allegations of fact and conclusions of law in ¶37 of the Complaint, answering defendants deny that any act or omission by the defendants fell

below the standard care and further deny that any act or omission on the part of the defendants caused the plaintiffs any injury or damage.

38.     In response to the allegations of fact and conclusions of law in ¶38 of the Complaint, answering defendants deny that any act or omission by the defendants fell below the standard care and further deny that any act or omission on the part of the defendants caused the plaintiffs any injury or damage.

39.     In response to the allegations of fact and conclusions of law in ¶39 of the Complaint, answering defendants deny that any act or omission by the defendants fell below the standard care and further deny that any act or omission on the part of the defendants caused the plaintiffs any injury or damage.

40.     In response to the allegations of fact and conclusions of law in ¶40 of the Complaint, answering defendants deny that any act or omission by the defendants fell below the standard care and further deny that any act or omission on the part of the defendants caused the plaintiffs any injury or damage.

41.     Answering defendants deny every allegation of fact and conclusion of law that the answering defendants have not expressly admitted in this Answer.

### Affirmative Defenses

42.     Plaintiffs' Complaint fails to state a claim upon which relief may be granted against answering defendants.

43.     These answering defendants allege that they acted as reasonable and prudent healthcare professionals under the circumstances at all times relevant to the plaintiffs' Complaint.

44.     Plaintiffs' alleged injuries and damages, if any, were the result of and were caused or contributed to and proximately by the acts, fault, conduct, or negligence of persons or entities other than these answering defendants and for whom neither of these answering

defendants can be responsible pursuant to Arizona law and/or were the result of acts, events, and occurrences that were not the fault of any person.

45.     Plaintiffs' recovery, if any, should be barred or reduced in accordance with the percentage of cause or comparative fault attributable to other parties and any non-parties at fault who are identified pursuant to A.R.S. §§ 12-2501 to 12-2506 and Rule 26(b)(5) of the Arizona Rules of Civil Procedure.

46.     As and for their separate affirmative defenses, these answering defendants allege the following affirmative defenses:  this court does not have subject matter jurisdiction over this Complaint because the Marana Health Center and its employees are federal employees and all claims for negligence against federal employees are subject to the Federal Tort Claims Act for which the United States federal courts have exclusive jurisdiction;  statute of limitations; laches; and comparative/contributory negligence.  These answering defendants further allege that discovery may reveal facts that support one or more of the other affirmative defenses contained in Rules 8 and 12 of the Arizona Rules of Civil Procedure.  These answering defendants reserve the right to assert any affirmative defense supported by any evidence disclosed or discovered by the parties.

WHEREFORE, having fully answered plaintiffs' Complaint, defendants Marana Health Center, Inc., Carol Dehasse, M.D., and Alicia Costantino, M.D., respectfully request this court to dismiss the plaintiffs' Complaint, to award them their taxable costs they have incurred and which are accruing in this matter; and to enter any other orders deemed just and equitable.

DATED this 17th day of May, 2016.

SCHNEIDER & ONOFRY, P.C.

By _Cody M. Hall_____
Cody M. Hall
3101 North Central Avenue, Suite 600
Phoenix, Arizona  85012-2658
Attorneys for Defendants Marana Health
Center, Inc.; Carol Dehasse, M.D.; and Alicia
Costantino, M.D.

- 8 -

EFiled via TurboCourt and COPY mailed
this _____17_____ day of May, 2016, to:

Jeffrey Imig, Esq.
Haralson, Miller, Pitt, Feldman & McAnally, P.L.C.
One S. Church Ave., Suite 900
Tucson, AZ  85701-1620
Attorneys for Plaintiffs Marisol Salzwedel; Samuel Salzwedel

By _____

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
5/17/2016 1:37:29 PM
BY: ALAN WALKER
DEPUTY

Person/Attorney Filing: Cody M Hall
Mailing Address: 3101 N. Central Avenue Suite 600
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602) 200-1289
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013245, Issuing State: AZ
Attorney E-Mail Address: chall@soarizonalaw.com

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

Case Number **C20160826**

MARISOL SALZWEDEL ET AL. VS. MARANA HEALTH CENTER, INC ET AL.

**CERTIFICATE OF AGREEMENT REGARDING COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Pima County Superior Court, and I further certify that I do not controvert or dispute plaintiff's Certificate of Compulsory Arbitration in which plaintiff states that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this _May 17, 2016_

By: _____ *Cody M Hall /s/*
Attorney name/Person Filing

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
5/26/2016 3:38:55 PM
BY: ALAN WALKER
DEPUTY

1  MILLER, PITT, FELDMAN & MCANALLY, P.L.C.
   One South Church Avenue, Suite 900
2  Tucson, Arizona 85701
   (520) 792-3836
3  Jeffrey A. Imig, SBN 025552
   jimig@hmpmlaw.com
4  Timothy P. Stackhouse, SBN 030609
5  tstackhouse@hmpmlaw.com
6  Attorneys for Plaintiffs

7          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8              **IN AND FOR THE COUNTY OF PIMA**

9

10 | MARISOL SALZWEDEL and                 | Case No.:  C20160826
11 | SAMUEL SALZWEDEL, a married
   | couple,
12 |
13 |              Plaintiffs,              | **NOTICE OF FIRM NAME CHANGE**
14 | - vs -
15 |
   | MARANA HEALTH CENTER, INC.,
16 | an Arizona corporation; CAROL
   | DEHASSE, M.D. and JOHN DOE
17 | DEHASSE, a married couple; ALICIA
   | COSTANTINO, M.D. and JOHN DOE      | (Assigned to the Hon. Sarah R. Simmons)
18 | COSTANTINO, a married couple,
19 |
20 |              Defendants.
21

22 TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

23         PLEASE TAKE NOTICE that the law offices of Haralson, Miller, Pitt, Feldman &

24 McAnally, P.L.C. has changed its name to Miller, Pitt, Feldman & McAnally, P.C.

25         The address and contact numbers remain the same.

26

                                        1

1     Dated:  May 26, 2016.

2

3                                     MILLER, PITT, FELDMAN & McANALLY, PLC

4

5

6                              By:    /s/ Jeffrey A. Imig
                                         Jeffrey A. Imig
7                                        Timothy P. Stackhouse
                                         Attorneys for Plaintiffs
8

9

10    Copy of the foregoing
      mailed May 26, 2016 to:
11
      Cody M. Hall
12    Schneider & Onofry, PC
      3101 N. Central Avenue, Suite 600
13    Phoenix, AZ 85012-2658
      Attorneys for Defendants
14

15

16

17

18

19

20

21

22

23

24

25

26

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
5/26/2016 3:42:40 PM
BY: ALAN WALKER
DEPUTY

1
2
3
4
5
6
7

MILLER, PITT, FELDMAN & MCANALLY, P.L.C.
One South Church Avenue, Suite 900
Tucson, Arizona 85701
(520) 792-3836
Jeffrey A. Imig, SBN 025552
jimig@hmpmlaw.com
Timothy P. Stackhouse, SBN 030609
tstackhouse@hmpmlaw.com
Attorneys for Plaintiffs

8

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9

**IN AND FOR THE COUNTY OF PIMA**

10
11
12

MARISOL SALZWEDEL and
SAMUEL SALZWEDEL, a married
couple,

Case No.:  C20160826

13

                Plaintiffs,

**NOTICE OF COMPLIANCE**

14

15

- vs -

16
17
18
19

MARANA HEALTH CENTER, INC.,
an Arizona corporation; CAROL
DEHASSE, M.D. and JOHN DOE
DEHASSE, a married couple; ALICIA
COSTANTINO, M.D. and JOHN DOE
COSTANTINO, a married couple,

(Assigned to the Hon. Sarah R. Simmons)

20

21

                Defendants.

22
23
24

        Pursuant to Rule 26.2(a), Arizona Rules of Civil Procedure, Plaintiff has produced

to all counsel the following records:

25

///

26

///

1

| | | |
|---|---|---|
| 01 | MHC Medical Records | |
| 02 | NWMC 09-16-2010 | |
| 03 | NWMC 04-13-2012 | |
| 04 | NWMC 02-15-2014 | |
| 05 | NWMC 02-21-2014 | |
| 06 | NWMC 03-25-2014 | |
| 07 | NWMC 05-28-2014 | |
| 08 | NWMC 07-31-2014 | |
| 09 | NWMC 05-05-2015 | |
| 10 | NWMC 05-11-2015 | |
| 11 | David Alster, MD | |

Dated:  May 26, 2016.

MILLER, PITT, FELDMAN & McANALLY, PLC


By:    /s/ Jeffrey A. Imig
        Jeffrey A. Imig
        Timothy P. Stackhouse
        Attorneys for Plaintiffs

Copy of the foregoing
mailed May 26, 2016 to:

Cody M. Hall
Schneider & Onofry, PC
3101 N. Central Avenue, Suite 600
Phoenix, AZ 85012-2658
Attorneys for Defendants

2

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
6/2/2016 10:02:50 AM
BY: ALAN WALKER
DEPUTY

1   MILLER, PITT, FELDMAN & MCANALLY, P.L.C.
2   One South Church Avenue, Suite 900
    Tucson, Arizona 85701
3   (520) 792-3836
    Jeffrey A. Imig, SBN 025552
4   jimig@hmpmlaw.com
5   Timothy P. Stackhouse, SBN 030609
    tstackhouse@hmpmlaw.com
6   Attorneys for Plaintiffs

7           **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8               **IN AND FOR THE COUNTY OF PIMA**

9

10  MARISOL SALZWEDEL and              Case No.:  C20160826
    SAMUEL SALZWEDEL, a married
11  couple,

12          Plaintiffs,

13                                     **REQUEST FOR COMPREHENSIVE**
                                       **PRETRIAL CONFERENCE**
14  - vs -

15  MARANA HEALTH CENTER, INC.,
    an Arizona corporation; CAROL
16  DEHASSE, M.D. and JOHN DOE
    DEHASSE, a married couple; ALICIA
17  COSTANTINO, M.D. and JOHN DOE
    COSTANTINO, a married couple,
18                                     (Assigned to the Hon. Sarah R. Simmons)

19          Defendants.

20

21          Pursuant to Rule 16(e) of the Arizona Rules of Civil Procedure, Plaintiffs hereby

22  notify the Court that all Defendants who have been served have answered and Plaintiffs

23  request that a comprehensive pretrial conference be set in this matter.

24  ///

25  ///

26

RESPECTFULLY SUBMITTED this 2nd day of June, 2016,

MILLER, PITT, FELDMAN & McANALLY, PLC

By: ___/s/ Jeffrey A. Imig_____

Jeffrey A. Imig
Timothy P. Stackhouse
Attorneys for Plaintiffs

Copy of the foregoing
mailed June 2, 2016 to:

Cody M. Hall
Schneider & Onofry, PC
3101 N. Central Avenue, Suite 600
Phoenix, AZ 85012-2658
Attorneys for Defendants

2

FILED
TONI HELLON
CLERK, SUPERIOR COURT
6/2/2016 11:13:45 AM

ARIZONA SUPERIOR COURT, PIMA COUNTY

HON. SARAH R SIMMONS                              CASE NO.      C20160826

                                                 DATE:         June 02, 2016

MARISOL SALZWEDEL, ET AL.
     Plaintiff(s)

VS.

MARANA HEALTH CENTER, INC, ET AL.
     Defendant(s)

---

**N O T I C E**

**IN CHAMBERS RE: COMPREHENSIVE PRETRIAL CONFERENCE NOTICE**

    The Court has received the Request for Comprehensive Pretrial Conference submitted by the Plaintiffs.

    Pursuant to Rule 16 (e), Arizona Rules of Civil Procedure, this case is scheduled for a Comprehensive Pretrial Conference on **Monday, June 27, 2016 at 9:30 a.m.,** in Division 29.  The Court has set aside 30 minutes for this Conference.  If Counsel feel significantly more or less time is required for the Conference, the Court must be notified as soon as possible.

cc:    Cody M. Hall, Esq.
       Jeffrey A. Imig, Esq.
       Timothy P. Stackhouse, Esq.

                                          Mary Mieler/ls
                                    Judicial Administrative Assistant

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
6/7/2016 11:22:51 AM
BY: ALAN WALKER
DEPUTY

Cody M. Hall - 013245
**SCHNEIDER & ONOFRY, P.C.**
3101 North Central Avenue, Suite 600
Phoenix, Arizona 85012-2658
Telephone: (602) 200-1289
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
chall@soarizonalaw.com

Attorneys for Defendant Marana Health Center,
Inc.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MARISOL SALZWEDEL and SAMUEL SALZWEDEL, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> MARANA HEALTH CENTER, INC., an Arizona corporation; CAROL DEHASSE, M.D. and JOHN DOE DEHASSE, a married couple; ALICIA COSTANTINO, M.D. and JOHN DOE COSTANTINO, a married couple, <br><br> Defendants. | No. C20160826 <br><br> **DEFENDANTS' MOTION TO ALLOW COUNSEL TO APPEAR VIA PHONE FOR COMPREHENSIVE PRETRIAL CONFERENCE** <br><br> [Assigned to the Honorable Sarah R. Simmons] |

Counsel for defendants Marana Health Center, Dr. Dehasse, and Dr. Constantino requests permission to appear via telephone for the Comprehensive Pretrial Conference in this matter. The court has scheduled the Conference for Monday, June 27, 2016 at 9:30 a.m. for 30 minutes. Defense counsel is in Phoenix and requests permission to appear via phone for this conference pursuant Rule 3.9 of the Local Rules of Practice for Pima County Superior Court. If plaintiffs' counsel wishes to appear via phone as well, undersigned counsel will schedule the telephone conference if the court grants this Motion.

///

RESPECTFULY SUBMITTED this ___ day of June, 2016.

SCHNEIDER & ONOFRY, P.C.

By _____
Cody M. Hall
3101 North Central Avenue, Suite 600
Phoenix, Arizona  85012-2658
Attorneys for Defendant Marana Health
Center, Inc.

EFiled via TurboCourt and COPY mailed
this ___ day of June, 2016, to:

Jeffrey Imig, Esq.
Miller, Pitt, Feldman & McAnally, P.C.
One S. Church Ave., Suite 900
Tucson, AZ  85701-1620
Attorneys for Plaintiffs Marisol Salzwedel; Samuel Salzwedel

By _____

1539953

- 2 -

FILED
TONI HELLON
CLERK, SUPERIOR COURT
6/7/2016 1:50:41 PM
CASE C20160826

Cody M. Hall - 013245
**SCHNEIDER & ONOFRY, P.C.**
3101 North Central Avenue, Suite 600
Phoenix, Arizona 85012-2658
Telephone: (602) 200-1289
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
chall@soarizonalaw.com

Attorneys for Defendant Marana Health Center, Inc.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| MARISOL SALZWEDEL and SAMUEL SALZWEDEL, a married couple, | No. C20160826 |
|---|---|
| Plaintiffs, | **ORDER ALLOWING TELEPHONIC APPEARANCE** |
| vs. | [Assigned to the Honorable Sarah R. Simmons] |
| MARANA HEALTH CENTER, INC., an Arizona corporation; CAROL DEHASSE, M.D. and JOHN DOE DEHASSE, a married couple; ALICIA COSTANTINO, M.D. and JOHN DOE COSTANTINO, a married couple, | |
| Defendants. | |

Pursuant to Defendant Marana Health Center, Inc.'s Request for Telephonic Appearance, and good cause appearing therefore,

IT IS ORDERED that counsel for Defendant Marana Health Center, Inc. may appear telephonically at the Comprehensive Pretrial Conference scheduled for **June 27, 2016 at 9:30 a.m.,** by calling 520-724-3932 at the time set for the hearing.

DATED: June 7, 2016

*Sarah R. Simmons* /s/
**HON. SARAH R. SIMMONS**
(ID: fd8da4eb-4783-4212-b305-15346750d03b)

FILED
TONI L. HELLON
CLERK, SUPERIOR COURT
6/23/2016 3:17:38 PM
BY: JAMIE WILLHITE
DEPUTY

1  MILLER, PITT, FELDMAN & McANALLY, P.C.
2  One South Church Avenue, Suite 900
   Tucson, Arizona 85701
3  (520) 792-3836
   Jeffrey A. Imig, SBN 025552
4  jimig@hmpmlaw.com
   Timothy P. Stackhouse, SBN 030609
5  tstackhouse@hmpmlaw.com
6  Attorneys for Plaintiffs

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                    **IN AND FOR THE COUNTY OF PIMA**
9

10 | MARISOL SALZWEDEL and | Case No.:  C20160826 |
11 | SAMUEL SALZWEDEL, a married |
   | couple, |
12 |                                       | **JOINT COMPREHENSIVE PRETRIAL** |
   |              Plaintiffs,              | **CONFERENCE MEMORANDUM** |
13 |
14 | - vs - |
15 |
   | MARANA HEALTH CENTER, INC., |
16 | an Arizona corporation; CAROL |
   | DEHASSE, M.D. and JOHN DOE |
17 | DEHASSE, a married couple; ALICIA |
   | COSTANTINO, M.D. and JOHN DOE |
18 | COSTANTINO, a married couple, | (Assigned to the Hon. Sarah R. Simmons) |
19 |
20 |              Defendants. |
21

22

23         The parties signing below certify that they have conferred about the matters set

24 forth in Rule 16(e). With regard to matters upon which the parties could not agree, they

25 have set forth their positions separately in item 13 below.

26

                                              1

1.      Discovery Schedule:

Plaintiffs will take the following depositions:

> Dr. Carol Dehasse
>
> Dr. Alicia Costantino
>
> Rachel Hackl, CNM
>
> Defendants' expert witnesses
>
> Any witnesses identified through discovery.

Defendants will take the following depositions:

> Plaintiff Marisol Salzwedel
>
> Plaintiff Samuel Salzwedel
>
> Plaintiff's other healthcare providers, including:
>
>> David Alster, M.D.
>>
>> Anil K. Srivastava, M.D.
>>
>> Providers who treated plaintiff Marisol Salzwedel after the alleged negligence of the defendants (specific names are still being identified).
>
> Any lay or expert witness disclosed by either plaintiffs or defendants.
>
> Representative of Plaintiffs' Employers if either makes a loss of income claim.

The parties will complete discovery by April 14, 2017.


2.      Expert Disclosure: The parties will simultaneously disclose areas of expert testimony on November 11, 2016.

Plaintiff's position: The parties will simultaneously disclose standard of care and causation expert witness and opinions on December 16, 2016.

Defendant's position:  Defendants request the court to order the plaintiffs to disclose their standard of care and causation expert witnesses on December 16, 2016 and the defendants to disclose their standard of care and causation expert witnesses on January 13, 2017.

3.     Order of Disclosure:

Plaintiff's Position:

The parties will simultaneously disclose all damages experts and opinions by January 13, 2017. The parties will simultaneously disclose rebuttal damages expert witness opinions by February 17, 2017. The parties will disclose all non-expert witnesses February 17, 2017.

Defendant's Position:

The plaintiffs will disclose all damages experts and opinions by January 13, 2017. The defendants will disclose all damages expert witnesses and opinions by February 17, 2017.  The parties will simultaneously disclose any rebuttal damages expert witness opinions by March 4, 2017.

The parties will disclose all non-expert witnesses February 17, 2017.

4.     The parties will only disclose one expert per issue pursuant to Rule 26(b)(4)(D), expect upon a showing of good cause.

5.     The parties do not believe additional discovery requests beyond the presumptive limit are necessary at this time.

6.     There are currently no discovery disputes.

3

7.      The parties agree to participate in private mediation.

8.      The parties will comply with A.R.S. § 12-570.

9.      The parties will engage in a mandatory settlement conference by May 12, 2017.

10.     The parties will file a joint pretrial statement by June 9, 2017.

11.     This case will be ready for trial by July 10, 2017. The parties estimate the trial will last 6 days. Plaintiffs respectfully request that the Court consider setting a firm trial date at the June 27, 2016 comprehensive pretrial conference.

12.     Verbatim record of future proceedings will be made by court reporter.

13.     This matter may be subject to removal by the U.S. Attorney subject to 42 U.S.C. § 233.  *See also* 28 U.S.C. §2679.  The U.S. Attorney has been given notice of this suit, but has not yet appeared to certify that Defendants are deemed employees of the Public Health Service.  Defendant Marana Health Center has submitted all documentation requested by the Office of General Counsel and requested an expedited analysis of this issue.

///
///
///
///
///

4

Dated:  June 23, 2016.

MILLER, PITT, FELDMAN & McANALLY, P.C.

By:   /s/ Jeffrey A. Imig
          Jeffrey A. Imig
          Timothy P. Stackhouse
          Attorneys for Plaintiffs

SCHNEIDER & ONOFRY, P.C.

By:   /s/ Cody M. Hall
          Cody M. Hall
          3101 N. Central Avenue, Suite 600
          Phoenix, AZ 85012-2658
          Attorneys for Defendant Marana Health Center

FILED
TONI HELLON
CLERK, SUPERIOR COURT
6/29/2016 2:04:56 PM
By: Spencer Gray

ARIZONA SUPERIOR COURT, PIMA COUNTY

HON. SARAH R SIMMONS                          CASE NO.    C20160826

COURT REPORTER:    Autumn Person              DATE:        June 27, 2016
                   Courtroom - 808

MARISOL SALZWEDEL and                         Jeffrey A. Imig, Esq. and Timothy P Stackhouse,
SAMUEL SALZWEDEL                              Esq. counsel for Plaintiffs
        Plaintiffs

VS.

MARANA HEALTH CENTER, INC,                    Renae Nachman, Esq. for Cody M. Hall, Esq.
CAROL DEHASSE,  and                           counsel for Defendants
ALICIA COSTANTINO                             (appearing telephonically)
        Defendants

## M I N U T E   E N T R Y

**COMPREHENSIVE PRETRIAL CONFERENCE**

No parties are present.

The Court notes that the purpose of the hearing is to set trial dates and to determine whether expert witness disclosure shall be staggered or simultaneous.

Counsel argue the issue of expert witness disclosure and trial dates to the Court.

For reasons stated on the record,

IT IS ORDERED that information regarding expert witnesses shall be disclosed simultaneously.

IT IS FURTHER ORDERED that all information relating to experts, including rebuttal experts, shall be simultaneous.

IT IS ORDERED setting a Jury Trial for Monday, July 25, 2017, at 9:00 AM, in Division 29. Estimated length of trial is six (6) days.  The Court directs the parties to appear on the first day of trial at 8:30 AM in chambers.

For reasons stated on the record,

IT IS ORDERED setting the following hearing dates and deadlines:

1.  The parties shall simultaneously disclose areas of expert witness testimony no later than
    November 11, 2016.

                                              _____
                                              Spencer Gray
                                              Deputy Clerk

M I N U T E   E N T R Y

| Page  2 | Date:  June 27, 2016 | Case No.:   C20160826 |

2.  The parties shall simultaneously disclose standard of care and causation expert witnesses and opinions on December 16, 2016

3.   The parties shall simultaneously disclose rebuttal expert witnesses and opinions, as to standard of care and causation, on January 13, 2017.

4.  The parties shall simultaneously disclose expert witnesses and opinions, as to damages, no later than January 13, 2017.

5.  The parties shall simultaneously disclose rebuttal expert witnesses and opinions, as to damages, no later than February 17, 2017.

6.  All non-expert witnesses shall be simultaneously disclosed no later than February 17, 2017.

cc:    Hon. Sarah R Simmons
       Cody M. Hall, Esq.
       Jeffrey A. Imig, Esq.
       Renae Nachman, Esq.
       Timothy P Stackhouse, Esq.

Spencer Gray
Deputy Clerk

# EXHIBIT B

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   J. COLE HERNANDEZ
3  Assistant U.S. Attorney
   Arizona State Bar No. 018802
4  e-mail: cole.hernandez@usdoj.gov
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
6  Civil fax: (520) 620-7138
   Attorneys for United States of America

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10                **FOR THE DISTRICT OF ARIZONA**

11  Marisol Salzwedel and Samuel Salzwedel,      **Case No. _____**
    a married couple,
12                                               **CERTIFICATION OF**
                    Plaintiffs,                  **SCOPE OF EMPLOYMENT**
13
                                                 **(Formerly Superior Court of the State of**
14       vs.                                     **Arizona in and For the County of Pima**
                                                 **Case No. C-20160826)**
15  Marana Health Center, Inc., an Arizona
    Corporation; Carol Dehasse, M.D. and
16  John Doe Dehasse, a married couple;
    Alicia Costantino, M.D. and John Doe
17  Costantino, a married couple,

18                  Defendants.

19         I, Honorable John S. Leonardo, United States Attorney for the District of Arizona,

20  pursuant to 42 U.S.C. § 233(c) and 28 C.F.R. § 15.4(b), hereby certify that Marana Health

21  Center, Inc. ("Marana Health Center") was, at the time of the matters alleged in this action

22  (Superior Court for the State of Arizona, County of Pima, Case No. C-20160826) a public

23  or nonprofit private entity deemed by the Secretary of the Department of Health and

24  Human Services to be an employee of the Public Health Service pursuant to 42 U.S.C.

25  § 233(g), and that Marana Health Center was acting within the scope of its employment as

26  a deemed employee of the Public Health Service at the time of the incidents alleged in this

27  action.

28         I further certify that Carol Dehasse, M.D., Alicia Costantino, M.D. and Rachel

Hackl, C.N.M. were employees of Marana Health Center, a public or nonprofit private entity deemed to be an employee of the Public Health Service pursuant to 42 U.S.C. § 233(g), and that Carol Dehasse, M.D., Alicia Costantino, M.D. and Rachel Hackl, C.N.M. were acting within the scope of their deemed employment with the Public Health Service at the time of the matters alleged in this action.

DATED this 28th day of July, 2016.

HON. JOHN S. LEONARDO
United States Attorney
District of Arizona