# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Salzwedel, et al., | No. CV-16-00501-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| Marana Health Center Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the United States' Motion to Substitute Party (Doc. 3). Plaintiff has no objection to the Motion. Accordingly, good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion to Substitute Party (Doc. 3) is **granted**. The United States shall be substituted in as the sole Defendant in this case, in the place of Marana Health Center, Inc., Carol Dehasse, John Doe Dehasse, Alicia Constantino, and John Doe Constantino.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended Complaint naming the United States as the Defendant and including any other relevant amendments by **August 18, 2016**. Defendant United States shall file its answer or other responsive pleading by **September 1, 2016**.

Dated this 4th day of August, 2016.

Honorable Rosemary Marquez
United States District Judge