ELIZABETH. A. STRANGE
First Assistant United States Attorney
District of Arizona
J. COLE HERNANDEZ
Assistant U.S. Attorney
Arizona State Bar No. 018802
e-mail: cole.hernandez@usdoj.gov
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Civil fax: (520) 620-7138
Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Salzwedel and Samuel Salzwedel, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | **Case No. 4:16-CV-00501-RM**<br><br>**NOTICE OF SETTLEMENT** |

Defendant United States of America provides notice that the parties' conditional settlement has now been approved by the U.S. Department of Justice. The parties are in the process of preparing and submitting final settlement documentation. The parties will file a stipulation to dismiss this case with prejudice after the settlement documentation has been processed and the settlement proceeds have been distributed.

Respectfully submitted this 26th day of October, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/J. Cole Hernandez*
J. COLE HERNANDEZ
Assistant U.S. Attorneys

| | |
|---|---|
| 1 | Copy of the foregoing has been served electronically or by other means this 26th day of October, 2018, to: |
| 2 | |
| 3 | Jeffrey A. Imig<br>Miller Pitt Feldman & McAnally, PLC<br>1 S. Church Ave., Suite 900 |
| 4 | Tucson, AZ  85701<br>Attorney for Plaintiffs |
| 5 | *s/Mary M. Parker* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |