# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Marisol Salzwedel and Samuel Salzwedel, a married couple, | Case No. 4:16-CV-00501-RM |
|---|---|
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| United States of America, | |
| Defendant. | |

Upon review of the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that all claims in this action are dismissed with prejudice and that the parties shall bear their own attorneys' fees, costs, and expenses.