IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Salzwedel, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Marana Health Center Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-16-00501-TUC-RM<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation for Order of Dismissal. (Doc. 128.) Good cause appearing,

　　　　**IT IS ORDERED** that the Stipulation (Doc. 128) is **approved**. This action is **dismissed with prejudice**, with each party to bear its own attorneys' fees, costs, and expenses. The Clerk of Court is directed to close this case.

　　　　Dated this 11th day of December, 2018.

_____
Honorable Rosemary Márquez
United States District Judge